1

2

3

4

5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ALFRED GRAYSON,

11            Plaintiff,                 No. CIV S-06-2130 DFL CMK P

12       vs.

13   SMITH, et al.,

14            Defendants.                ORDER

15   _____/

16            Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action

17   filed pursuant to 42 U.S.C. § 1983.  By order filed November 13, 2006, plaintiff's complaint was

18   dismissed with leave to file an amended complaint.  Plaintiff has now filed an amended

19   complaint.

20            Pursuant to 28 U.S.C. § 1915A(a), the court is required to screen complaints

21   brought by prisoners seeking relief against a governmental entity or officer or employee of a

22   governmental entity.  Plaintiff's amended complaint names O. Smith, Sergeant Oberst, S.L.

23   Chapman, R.E. Barnes, D.L. Porter, and N. Grannis as defendants.  The gist of plaintiff's

24   complaint is that defendant Smith confiscated several items of property from plaintiff, which

25   plaintiff was authorized to have, without due process.  Plaintiff claims that the remaining

26   defendants denied his grievances concerning the confiscated property.

1    By the court's previous order, plaintiff was advised that a claim that defendants

2    denied his prison grievances was not cognizable in this action because inmates have no

3    legitimate claim of entitlement to a prison grievance procedure.  See Mann v. Adams, 855 F.2d

4    639, 640 (9th Cir. 1988).  Accordingly, plaintiff fails to state a claim against defendants

5    Chapman, Barnes, Porter, and Grannis.

6    Deprivation of property without due process may state a cognizable civil rights

7    claim.  The court therefore finds that plaintiff's claim against defendant Smith for deprivation of

8    process is cognizable and service is appropriate for defendant Smith.   The court will direct

9    service on defendant Smith by the U.S. Marshal without pre-payment of costs.  Plaintiff is

10   informed, however, that this action cannot proceed further until plaintiff complies with this

11   order.  Plaintiff is warned that failure to comply with this order may result in dismissal of the

12   action.  See Local Rule 11-110.

13   In accordance with the above, IT IS HEREBY ORDERED that:

14   1.  Service is appropriate for defendant O. Smith

15   2.  The Clerk of the Court shall send plaintiff one USM-285 form, one summons,

16   an instruction sheet and a copy of the amended complaint filed November 29, 2006.

17   3.  Within thirty days from the date of this order, plaintiff shall complete the

18   attached Notice of Submission of Documents and submit the following documents to the court:

19   a.  The completed Notice of Submission of Documents;

20   b.  One completed summons;

21   c.  One completed USM-285 form for defendant Smith

22   d. Two copies of the endorsed amended complaint filed November 29,

23   2006.

24   ///

25   ///

26   ///

2

1    4. Plaintiff need not attempt service on defendants and need not request waiver of

2  service.  Upon receipt of the above-described documents, the court will direct the United States

3  Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4

4  without payment of costs.

5

6  DATED:   December 11, 2006.

7

8                                        CRAIG M. KELLISON

9                                        UNITED STATES MAGISTRATE JUDGE

3

1

2

3

4

5

6

7

8                                   IN THE UNITED STATES DISTRICT COURT

9                                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                    Plaintiff,                              No. CIV

12           vs.

13                                                            NOTICE OF SUBMISSION

14                    Defendants.                             OF DOCUMENTS

15    _____/

16                    Plaintiff hereby submits the following documents in compliance with the court's

17    order filed _____:

18                    _____          completed summons form

19                    _____          completed USM-285 forms

20                    _____          copies of the _____
                                                      Amended Complaint
21    DATED:

22

23                                                    _____
                                                      Plaintiff
24

25

26