IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ALFRED GRAYSON,** | 2:06-CV-2130-DFL CMK P |
| Plaintiff, | **ORDER** |
| v. | |
| **SMITH, et al.,** | |
| Defendants. | |

**GOOD CAUSE HAVING BEEN SHOWN,** Defendant is granted an additional sixty days, to and including May 22, 2007, within which to file an initial responsive pleading.

March 26, 2007

                                            /s/   **CRAIG M. KELLISON**
                                            Craig M. Kellison
                                            UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1