1

2

3

4

5

6

7

8        **IN THE UNITED STATES DISTRICT COURT**

9        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  ALFRED GRAYSON,                        No. CIV S-06-2130-JAM-CMK-P

12              Plaintiff,

13        vs.                              <u>ORDER</u>

14  SMITH,

15              Defendant.

16  _____/

17              Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18  to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19  Eastern District of California local rules.

20              On December 27, 2007, the magistrate judge filed findings and recommendations

21  herein which were served on the parties and which contained notice that any objections to the

22  findings and recommendations were to be filed within 20 days.  No objections to the findings and

23  recommendations have been filed.

24              The court has reviewed the file and finds the findings and recommendations to be

25  supported by the record and by the magistrate judge's analysis.

26  ///

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.    The findings and recommendations filed December 27, 2007 (Doc. 22),

3  are adopted in full;

4    2.    Defendants' motion to dismiss (Doc. 20) is granted; and

5    3.    The Clerk of the Court is directed to enter judgment and close this file.

6

7  DATED: 9/24/2008

8                                              /s/ John A. Mendez

9  _____    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2